UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

**CURTIS A. GOULBOURNE**  Case No: 8:17-bk-01449-CPM
**SHELISA GOULBOURNE**

Debtor(s)

## Chapter 13 Plan

**CHECK ONE:**

    _X_   Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

    _____   The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1. MONTHLY PLAN PAYMENTS**: Plan payments include Trustee's fee of 10% and shall begin thirty (30) days from the petition filing/conversion date. Debtor shall make payments to the Trustee for the period of __60__ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A)    $2873.00 for months 1 through 5
(B)    $2056.00 for months 6 through 6;
(C)    $2168.00 for months 7 through 60; *starting October 2017*

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY'S FEES:**

**Base Fee $4225.00  Total Paid Prepetition $1990.00  Balance Due $2235.00**

**Estimated Additional Fees Subject to Court Approval $0.00**

**Attorney's Fees Payable through Plan $500.00 Monthly (subject to adjustment)**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| *see #5-D* | | |

4. **TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS**: Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

    **(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan:** If the Plan provides to cure prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| 0249 | Ditech Mortgage | 10448 Fly Fishing St Riverview, FL 33569 | $1134.21 | | $39788.08 |

    **(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** If the Debtor is successful in obtaining a mortgage modification at any time during the case, payments on the modified mortgage shall be paid through the Plan. Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of the gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead,* income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| NA | | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principle residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. Value | Pmt. Interest @ 5.25% |
|---|---|---|---|---|
| 4370 | Consumer Portfolio | 2008 Toyota Prius | $10940.00 | $2600.00 |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. Interest @ 4.0% |
|---|---|---|---|---|
| 1131 | Internal Revenue Service | Real & Personal per 26 U.S.C. §6321 | $4793.46 | $88.28 |

**(E) Claims secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan:**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| NA | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by the Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that the Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| Unknown | Boyette Creek HOA | 10448 Fly Fishing Street Riverview, FL 33569 |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506:** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| 0699 | Bank of America | 10448 Fly Fishing Street Riverview, FL 33569 |

**(H) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to the Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to Be Surrendered |
|---|---|---|
| NA | | |

**(I) Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.
NA

## 6. LEASES/EXECUTORY CONTRACTS:

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| NA | | | | |

**7. GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than **$0.00.**

## 8. ADDITIONAL PROVISIONS:

(A) Unless otherwise ordered, secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

4

(C)   Property of the estate (check one)*

    (1)  __X__ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2)  _____ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (1) or (2) above, or if the Debtor checks both (1) and (2), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)   The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the Proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim shall control, unless the Court orders otherwise.

(E)   Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan shall control prior to confirmation; after confirmation, the Order Confirming Plan shall control.

(F)   Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise consented by the Trustee or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without first having obtained the Trustee's consent or court approval.**

9.   **NONCONFORMING PROVISIONS:**

_____
_____
_____
_____

_[signature]_
CURTIS A. GOULBOURNE, Debtor                     Dated: 10/3/2017

_[signature]_
SHELISA GOULBOURNE, Debtor                       Dated: 10/3/2017

5

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

**In re:**

**CURTIS A. GOULBOURNE**             Case No. 8:17-bk-01449-CPM
**SHELISA GOULBOURNE**              Chapter 13

    **Debtors.**
_____/

### PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Amended Chapter 13 Plan has been furnished by regular U.S. Mail, postage prepaid or electronically this October 4, 2017, to: Jon Waage, Trustee, PO Box 25001, Bradenton, FL 34206-5001; the United States Trustee, Timberlake Annex, 501 E. Polk Street, Suite 120, Tampa, FL 33602; and to all creditors and interest parties listed on the attached Court Mailing Matrix.

                                             */s/ Christie D. Arkovich, Esq*
                                             Christie D. Arkovich, Esq.
                                             Florida Bar No. 963690
                                             Barbara C. Leon, Esq.
                                             Florida Bar No. 582115
                                             Primary E-mail:
                                             barbara@christiearkovich.com
                                             Service email:
                                             cdalaw@christiearkovich.com
                                             CHRISTIE D. ARKOVICH, P.A.
                                             1520 W. Cleveland St.
                                             Tampa, Florida 33606
                                             (813) 258-2808
                                             (813) 258-5911 (Facsimile)
                                             Attorneys for Debtor(s)

```
Label Matrix for local noticing          BANK OF AMERICA, N.A.                    Bank of America, N.A.
113A-8                                   16001 N. Dallas Pkwy                     Marinosci Law Group, P.C.
Case 8:17-bk-01449-CPM                   Addison, TX 75001-3311                   c/o Connie J. Delisser, Esq.
Middle District of Florida                                                        100 West Cypress Creek Road, Suite 1045
Tampa                                                                             Fort Lauderdale, FL 33309-2191
Thu Aug 31 13:21:07 EDT 2017

Consumer Portfolio Services, Inc.        Ditech Financial, LLC                    United States Trustee - TPA7/13 7
c/o KELLEY KRONENBERG ATTORNEYS AT LAW   Robertson, Anschutz & Schneid, P.L.      Timberlake Annex, Suite 1200
1511 N. Westshore Blvd., Suite 400       6409 Congress Avenue, Suite 100          501 E Polk Street
Tampa, FL 33607-4596                     Boca Raton, Fl 33487-2853                Tampa, FL 33602-3949


A&A Electric Services Inc                AMERICAN EXPRESS BANK, FSB               AmerAssist/AR Solutions
4409 N. Thatcher Ave                     C/O BECKET AND LEE LLP                   455 Hutchinson Ave S
Tampa, FL 33614-7692                     PO BOX 3001                              Suite 5
                                         MALVERN  PA 19355-0701                   Columbus, OH 43235-5656


American Signature Furniture             Amex                                     Annette Hill
Wfnnb                                    Correspondence                           203 Loraine Ct
Po Box 182125                            Po Box 981540                            Tallahassee, FL 32305-1407
Columbus, OH 43218-2125                  El Paso, TX 79998-1540


Area Infectious Disebay                  Bank Of America                          Bank of America, N.A.
c/o1st Federal Credit & Coll             Nc4-102-03-14                            P.O. Box 31785
24700 Chargin Blvd                       Po Box 26012                             Tampa, FL 33631-3785
Ste 205                                  Greensboro, NC 27420-6012
Cleveland, OH 44122-5662


Barclays Bank Delaware                   Bay Area Id Assoc                        Blaze Mastercard
100 S West St                            c/o Choice Recovery Inc                  PO Box 5096
Wilmington, DE 19801-5015                1550 Old Henderson Rd                    Sioux Falls, SD 57117-5096
                                         Ste 100
                                         Columus, OH 43220-3626


Bloomingdale Pediatric Assc              Boyette Creek HOA                        Bueno Jocelyn Md
4316 Bell Shoals Rd                      c/o McNeil Mgmnt Svcs, Inc.              c/o MAF Collection Svcs
Valrico, FL 33596-7171                   1463 Oakfield Drive                      PO Box 2842
                                         Suite 142                                Tampa, FL 33601-2842
                                         Brandon, FL 33511-0801


Capital One                              Chase Card                               Chase Card
Attn: General Correspondence/Bankruptcy  Attn: Correspondence                     Attn: Correspondence Dept
Po Box 30285                             Po Box 15298                             Po Box 15298
Salt Lake City, UT 84130-0285            Wilmington, DE 19850-5298                Wilmington, DE 19850-5298


Consumer Portfolio Svc                   Credit One Bank N.A.                     Credit One Bank Na
Attn: Bankruptcy                         c/o Midland Funding                      Po Box 98873
19500 Jamboree Rd                        Po Box 939069                            Las Vegas, NV 89193-8873
Irvine, CA 92612-2411                    San Diego, CA 92193-9069


Department of Revenue                    Ditech                                   Ditech Financial
PO Box 6668                              Attn: Bankruptcy                         c/o Robertson, Anshcutz &
Tallahassee, FL 32314-6668               Po Box 6172                              Schneid, PL
                                         Rapid City, SD 57709-6172                6409 Congress Ave, St 100
                                                                                  Boca Raton, FL 33487-2853
```

| | | |
|---|---|---|
| Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | First National Credit Card/Legacy<br>First National Credit Card<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 |
| First Svgs Bk-blaze<br>Po Box 5096<br>Sioux Falls, SD 57117-5096 | Florida Orthopaedic Institu<br>c/o Preferred Collection<br>1000 N. Ashley Dr<br>Ste 600<br>Tampa, FL 33602-3723 | Florida Orthopaedic Institute<br>13020 N Telecom Parkway<br>Temple Terrace FL 33637-0915 |
| (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 | Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | GTE FINANCIAL<br>PO BOX 172599<br>TAMPA, FL 33672-0599 |
| Greater Florida<br>Anesthesiologists LLC<br>PO Box 17426<br>Clearwater, FL 33762-0426 | Grow Financial FCU<br>Attn: Bankruptcy<br>Po Box 89909<br>Tampa, FL 33689-0415 | Gte Financial Credit Card<br>Po Box 71050<br>Charlotte, NC 28272-1050 |
| Gtefinancial<br>Po Box 10550<br>Tampa, FL 33679-0550 | HeathCare Partners Nevada<br>PO Box 748356<br>Los Angeles, CA 90074-8356 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Mediquip<br>27 Brookline<br>Aliso Viejo, CA 92656-1461 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 |
| Navient Solutions, Inc. on behalf of<br>Florida Department of Education<br>Office of Student Financial Assistance<br>PO Box 7019<br>Tallahassee, FL 32314-7019 | Pediatrix Medical Group Inc<br>c/o IC Systems Inc<br>444 Hw 96 East<br>St Paul, MN 55127 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Real Time Resolutions<br>Attn: Bankruptcy<br>Po Box 36655<br>Dallas, TX 75235-1655 | St. Petersburg Dental Center<br>7300 - 4th St North<br>Saint Petersburg, FL 33702-5996 |
| Sullivan Rehab, Inc.<br>116 E. Bloomingdale Ave<br>Brandon, FL 33511-8101 | Syncb<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |

```
Synchrony Bank/PayPal Cr              Synchrony Bank/Walmart              Takeira Meeks
Attn: Bankruptcy                      Attn: Bankruptcy                    10448 Fly Fishing Street
Po Box 956060                         Po Box 956060                       Riverview, FL 33569-2734
Orlando, FL 32896-0001                Orlando, FL 32896-0001


US Dept of Education                  USF Heathcare                       Valencia Emerg Phys Llc
PO Box 105028                         c/o University Medical Svcs         c/o Ability Recovery Service
Atlanta, GA 30348-5028                PO Box 916003                       1 Montage Mountain Rd
                                      Orlando, FL 32891-0001              Ste A
                                                                          Moosic, PA 18507-1777


Christie D Arkovich                   Curtis A Goulbourne                 Jason R Perry
Law Offices of Christie D Arkovich PA 10448 Fly Fishing Street            Perry Draper Law, PLLC
1520 West Cleveland St                Riverview, FL 33569-2734            28870 U.S. Highway 19, North
Tampa, FL 33606-1807                                                      Suite 300
                                                                          Clearwater, FL 33761-4328


Jon Waage                             Shelisa Goulbourne
P O Box 25001                         10448 Fly Fishing Street
Bradenton, FL 34206-5001              Riverview, FL 33569-2734
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Frontier Communication                Internal Revenue Service            Portfolio Recovery Associates, LLC
19 John St                            Centralized Insolvency Opera        POB 41067
Middletown, NY 10940                  Post Office Box 21126               Norfolk VA 23541
                                      Philadelphia, PA 19114-0326
```

```
End of Label Matrix
Mailable recipients    70
Bypassed recipients     0
Total                  70
```